AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Fernando DeOliveira; Mouad Nessassi; Fadwa Chimal; Jennifer Romero | ) ) ) ) ) | Case No.  19-MJ-6291-MPK |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of   Suffolk/Middlesex   in the _____ District of   Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5) | Alien in possession of a firearm |
| 18 U.S.C. § 922(a)(1)(A) | Dealing in firearms without a license |
| 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) | Distribution of 28 grams of cocaine base |
| 26 U.S.C. § 5861(d) | Possession of an unregistered firearm |

This criminal complaint is based on these facts:
See attached affidavit of ATF Special Agent Peter Milligan

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Peter Milligan, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/24/19

_____
*Judge's signature*

City and state: Boston, MA

Hon. M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*